No. 466. HENRY WINEMAN, JR., PETITIONER, *v.* M. M. DRAKE ET AL. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles E. Kremer* for petitioner. *Mr. Harvey D. Goulder* and *Mr. F. S. Masten* for respondents.

No. 467. ARMOUR PACKING COMPANY, PETITIONER, *v.* THE UNITED STATES; No. 468. SWIFT & COMPANY, PETITIONER, *v.* THE UNITED STATES; No. 469. MORRIS & COMPANY, PETITIONER, *v.* THE UNITED STATES; and No. 470. CUDAHY PACKING COMPANY, PETITIONER, *v.* THE UNITED STATES. October 21, 1907. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Frank Hagerman, Mr. A. R. Urion* and *Mr. John C. Cowin* for petitioners. *The Attorney General, The Solicitor General* and *Mr. Assistant to the Attorney General Purdy* for respondent.

No. 476. THE CHARLES NELSON COMPANY, CLAIMANT, ETC., PETITIONER, *v.* THE STANDARD THEATRE COMPANY. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. A. B. Browne* and *Mr. Alexander Britton* for petitioner. No appearance for respondent.